IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

Leo McClam,                                    )
                                               )
                    Plaintiff,                 )
                                               )          Civil Action No.: 3:08-1081-TLW
     vs.                                       )
                                               )
Mr. Mathew NLN, et al; Ms. Linda NLN;          )
Mr. Walton NLN; CCC Officer Mr. NFN            )
Gant; CCC Officer Mr. NFN Quailen,             )
                                               )
                    Defendants.                )
_____)

# ORDER

Plaintiff, Leo McClam, ("plaintiff") brought this action seeking relief pursuant to Title 42

United States Code Section 1983. (Doc. #1). This matter now comes before this Court for review

of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Joseph

R. McCrorey, to whom this case had previously been assigned. (Doc. #11). In the Report,

Magistrate Judge McCrorey recommends that the District Court summarily dismiss the case *without*

*prejudice* due to plaintiff's failure to comply with this Court's Order and failure to prosecute this

case. (Doc. #11). Objections to the Report were due June 23, 2008. The plaintiff filed no objections

to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate

Judge's Report and Recommendation to which a specific objection is registered, and may accept,

reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. §

636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this

Court is not required to give any explanation for adopting the recommendation. See Camby v.

1

<u>Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** (Doc. #11) and the case is dismissed *without prejudice*.

**IT IS SO ORDERED**.

S/Terry L. Wooten
Terry L. Wooten
United States District Judge

September 10, 2008
Florence, South Carolina

2